UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,        CaseNo.: 24-2060

-v-

SAMANTHA GILLIAM,

                Defendant-Appellant.

_____/

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Pursuant to FRP 26(h), the Appellant, by her counsel, requests this Court grant a 60 day extension of the time to file her brief on appeal, currently due on March 10, 2025. Counsel's current obligations, including having to prepare for a multiple-defendant murder case involving incredibly voluminous discovery, as well as personal obligations including long-scheduled medical procedures, will prevent counsel from being able to file a complete, concise, and thorough brief by March 10, 2025 as currently required.

Pursuant to 6 Cir.R.26(a)(2), counsel states that Ms. Gilliam is currently on pretrial release, pursuant to the Court's Order permitting surrender after June,

1

2025. Appellant's counsel has not previously sought an extension of time to file the brief in this matter. Accordingly, the Appellee will not be prejudiced by the Appellant's due date being extended by 60 days.

                                        RespectfullySubmitted:

                                        */s/MariaMannarino*

                                        Maria Mannarino
                                        P.O. Box 760293
                                        Lathrup Village, MI  48076
                                        248-761-7347
                                        mmannarino@comcast.net

Certification of Service

     Attorney Maria Mannarino hereby certifies that on March 4, 2025 she filed a copy of the foregoing with the Court with the ECF system, which will forward a copy to all attorneys of record.

                                                                            */s/MariaMannarino*