UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,          CaseNo.: 24-2060

-v-


SAMANTHA GILLIAM,

                Defendant-Appellant.

_____/


## MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Maria Mannarino, counsel for Appellant-Defendant Samantha Gilliam, asks this Court to grant substitution of counsel in this appeal. She further states the following:

1. At the inception of this case, a magistrate judge in the Eastern District of Michigan determined Ms. Gilliam to be eligible for appointed counsel. Counsel was appointed to represented Ms. Gilliam, and has represented her since the inception of this case.

2. Ms. Gilliam pled guilty to Counts 1 and 10 of the Superseding Indictment, and at the sentencing hearing held on November 21, 2024,

the district court announced a sentence of 96 months' imprisonment.

3. The district court entered judgment on November 22, 2024, and Ms. Gilliam filed a timely notice of appeal.

4. Pursuant to the guidelines for appointed counsel, undersigned counsel continues to represent Ms. Gilliam on appeal. However, after extensive research and conversations about the issues that may be raised on appeal, counsel believes she can no longer represent Ms. Gilliam in this appeal to avoid a conflict of interest, and to allow Ms. Gilliam through successor counsel to appropriately pursue all claims that may be available to her, including claims of ineffective assistance of counsel.

5. Accordingly, counsel respectfully requests that this Court grant this motion, allow counsel to withdraw from this appeal, and that this Court appoint new appellate counsel to represent Ms. Gilliam.

RespectfullySubmitted:

/s/MariaMannarino

Maria Mannarino
P.O. Box 760293
Lathrup Village, MI 48076
248-761-7347
mmannarino@comcast.net

## **Certification of Service**

Attorney Maria Mannarino hereby certifies that on May 7, 2025 she filed a copy of the foregoing with the Court with the ECF system, which will forward a copy to all attorneys of record.

<u>/s/MariaMannarino</u>