IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

      Plaintiff-Appellee,          Ca. No. 24-2060

v.

SAMANTHA GILLIAM,

      Defendant-Appellant.
_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I electronically filed Ms. Gilliam's Motion for Withdrawal of Counsel and for Substitution of Counsel with the Clerk of the Court using the ECF system which will send notification to opposing counsel of record. A copy is also being sent to Defendant-Appellant Samantha Gilliam at 19151 Berden, Detroit, MI 48236.

                                      Respectfully Submitted,
                                      s/ Maria Mannarino
                                      PO Box 760293
                                      Lathrup Village, MI  48076
                                      248-761-7347
                                      E-mail: mannarino@comcast.net

Date: May 7, 2025