# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 08, 2025

Ms. Tara Hindelang
Office of the U.S. Attorney
Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Ms. Maria P. Mannarino
P.O. Box 760293
Lathrup Village, MI 48076-7020

> Re: Case No. 24-2060, *USA v. Samantha Gilliam*
> Originating Case No. : 2:21-cr-20665-2

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending appointment of new counsel for the appellant. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Angela L. Ferguson
Case Manager
Direct Dial No. 513-564-7044

cc: Samantha Christine Gilliam