Case No. 24-2060

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**UNITED STATES OF AMERICA**
Plaintiff-Appellee

v.

**SAMANTHA GILLIAM**
Defendant-Appellant

*On Appeal from the United States District Court
for the Eastern District of Michigan*

**SUPPLEMENT TO MOTION TO WITHDRAW PURSUANT TO *ANDERS V. CALIFORNIA*, 386 U.S. 738 (1967)**

TYLER M. CAVINESS
LAW OFFICE OF TYLER M. CAVINESS
625 Market Street, Suite 1000
Knoxville, Tennessee 37902
(865) 936-9499
tyler@cavinesslawfirm.com
*Counsel for Samantha Gilliam*

After undersigned counsel submitted the motion to withdraw and accompanying brief [Docs. 46-1, 46-2], he realized the certificates of service attached to those filings did not fully comply with 6 Cir. R. 12(4)(c).

This supplement is filed to state that, in addition to providing copies of the filings to Ms. Gilliam, counsel will advise Ms. Gilliam via letter that she has twenty-one days from the date of service to file a brief in support of reversal of her conviction. The filings and letter will be placed in tomorrow's mail.

Respectfully submitted,

/s/ Tyler M. Caviness
TYLER M. CAVINESS (TN BPR #036273)
LAW OFFICE OF TYLER M. CAVINESS
625 Market Street, Suite 1000
Knoxville, TN 37902
(865) 936-9499
tyler@cavinesslawfirm.com
*Counsel for Samantha Gilliam*

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. App. P. Rule 25(d), I hereby certify that a true and exact copy of the foregoing was forwarded, via the Court's electronic filing ("ECF") system, this 5th day of November, 2025, to:

Tara Hindelang
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9543
*Counsel for the Government*

/s/ Tyler M. Caviness
TYLER M. CAVINESS